Same case below, 429 Fed. Appx. 411.

**No. 11-6428. Brian T. St. Martin, Petitioner v. Wisconsin.**

565 U.S. 1117, 132 S. Ct. 1003, 181 L. Ed. 2d 745, 2012 U.S. LEXIS 371.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 334 Wis. 2d 290, 800 N.W.2d 858.

**No. 11-6455. Demarcus McClarin, Petitioner v. Georgia.**

565 U.S. 1117, 132 S. Ct. 1004, 181 L. Ed. 2d 745, 2012 U.S. LEXIS 200.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 289 Ga. 180, 710 S.E.2d 120.

**No. 11-6456. Jimmy Lee Naslund, Petitioner v. United States.**

565 U.S. 1117, 132 S. Ct. 1004, 181 L. Ed. 2d 745, 2012 U.S. LEXIS 195.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6467. Curtis Guy, Petitioner v. Nevada.**

565 U.S. 1117, 132 S. Ct. 1004, 181 L. Ed. 2d 745, 2012 U.S. LEXIS 197.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 1138, 373 P.3d 919.

**No. 11-6795. Alfredo Ramos, Petitioner v. Texas.**

565 U.S. 1117, 132 S. Ct. 1006, 181 L. Ed. 2d 745, 2012 U.S. LEXIS 361.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

**No. 11-6798. Larry M. Schlee, Petitioner v. Jessie Williams, Warden.**

565 U.S. 1117, 132 S. Ct. 1006, 181 L. Ed. 2d 745, 2012 U.S. LEXIS 315.

January 9, 2012. Petition for a writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6799. Daniel Anthony Cowie, Petitioner v. California.**

565 U.S. 1117, 132 S. Ct. 1006, 181 L. Ed. 2d 745, 2012 U.S. LEXIS 218.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-6805. Maher Suarez, Petitioner v. California.**

565 U.S. 1117, 132 S. Ct. 1007, 181 L. Ed. 2d 745, 2012 U.S. LEXIS 171.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.